# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 7/9/2025 | Case Number: | 5:23-cr-00188-1 |
| Case Style: | USA vs. Mark Holdren | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Zach Spurrier |

Attorney(s) for the Plaintiff or Government:

Christine Siscaretti

Attorney(s) for the Defendant(s):

David Schles

| | |
|---|---|
| Law Clerk: | Zach Spurrier |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:58 AM | 11:43 AM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 45 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 9:58 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Court addresses PSR and objections:
Govt objects to paragraph 45 - base offense level murder cross reference; GRANTED in part.
Other objections overruled.
Court adopts findings in PSR.
Court accepts plea agreement.
Court makes findings re: applicable U.S.S.G ranges
Court addresses Sec. 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Diana Rector addresses the court with a victim impact statement.
LaTasha Williams addresses the court with a victim impact statement.
Kimberly Burks addresses the court with a victim impact statement.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, the court imposes sentence as follows:
Custody: 240 months
Supervised Release: 3 years
Fine: none imposed
Assessment: $100
Sentence imposed as stated.
Deft advised of right to appeal.
Deft remanded.
Court recessed at 11:43 a.m.